# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 14, 2025

## NO. 03-23-00772-CR

## Ex parte Erik Neil Santee

### APPEAL FROM THE 453RD DISTRICT COURT OF HAYS COUNTY
### BEFORE CHIEF JUSTICE BYRNE, JUSTICES THEOFANIS AND ELLIS
### AFFIRMED -- OPINION BY JUSTICE ELLIS

This is an appeal from the order denying habeas corpus relief entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order denying habeas corpus relief. Therefore, the Court affirms the trial court's order denying habeas corpus relief. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.